

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00290-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.M. AND M.M., CHILDREN | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-596726-16) |
| | § | November 21, 2018 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellant B.M. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Bonnie Sudderth
           Chief Justice Bonnie Sudderth